FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 06, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KARRINA W.,[1]<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 4:23-CV-05176-SAB<br><br>**ORDER GRANTING STIPULATED REMAND** |

Before the Court is the parties' Stipulated Motion For Remand, ECF No. 9. Plaintiff is represented by Chad Hatfield. Defendant is represented by Franco Becia and Brian Donovan.

The parties stipulate and agreed that the above-captioned case be reversed and remanded to the Commissioner of Social Security for further proceedings, in accordance with sentence four of 42 U.S.C. § 405(g).

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion For Remand, ECF No. 9, is **GRANTED**.

2. The decision of the Commissioner is reversed and remanded. On remand,

---

[1] Pursuant to the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States, Plaintiff's name is partially redacted.

**ORDER GRANTING STIPULATED REMAND** ~ 1

the Appeals Council will remand the case to an Administrative Law Judge (ALJ) to take any necessary action to complete the administrative record, offer Plaintiff a new hearing, re-evaluate the medical evidence of record, re-evaluate Plaintiff's RFC, continue through the sequential evaluation process, to include obtaining vocational evidence, as necessary, and issue a new decision.

3. After judgment, Plaintiff may be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

4. The Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and close the file.

**DATED** this 6th day of March 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED REMAND** ~ 2